Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Plaintiff, Bala Mullur*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BALA MULLUR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, and KEVIN HETTRICH,<br><br>Defendants. | Case No. 3:21-cv-03309-JD<br><br><br><br><br><br>**NOTICE OF RELATED CASE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Notice is hereby given that the above-captioned action filed in the Northern District of California is related to the now-consolidated putative class action captioned *In re QuantumScape Securities Litigation*, Case No. 3:21-cv-00058-WHO (N.D. Cal.). Under Civil L.R. 3-12(a), "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.[1]

Here, both matters are putative shareholder class actions that assert claims for alleged violations of the federal securities laws. They involve similar defendants and substantially similar transactions and events, as well as call for determination of identical or substantially similar questions of law and fact. Given these similarities, the litigation of these cases before different judges would result in the duplication of labor and expense for both parties and the Court. Plaintiff, therefore, requests that this action and all other subsequent related actions be assigned to the Honorable William H. Orrick, the Judge assigned to the first-filed action, now captioned *In re QuantumScape Securities Class Action Litigation*, 3:21-cv-00058-WHO.

Dated: May 5, 2021

Respectfully submitted,

**KAHN SWICK & FOTI, LLP**

By: _s/ Ramzi Abadou_
Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

---

[1] Pursuant to Civil L.R. 3-12(b), Mr. Mullur is filing an Administrative Motion to Consider Whether Cases Should be Related concurrently herewith in the previously consolidated case.

|   |   |
|---|---|
| 1 | Lewis S. Kahn |
|   | (to be admitted *pro hac vice*) |
| 2 | Alexander L. Burns |
|   | (to be admitted *pro hac vice*) |
| 3 | Alayne K. Gobeille |
|   | (to be admitted *pro hac vice*) |
| 4 | Morgan M. Embleton |
|   | (to be admitted *pro hac vice*) |

Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexander L. Burns
(to be admitted *pro hac vice*)
Alayne K. Gobeille
(to be admitted *pro hac vice*)
Morgan M. Embleton
(to be admitted *pro hac vice*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
alayne.gobeille@ksfcounsel.com
morgan.embleton@ksfcounsel.com

*Counsel for Plaintiff, Bala Mullur*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Ramzi Abadou*
RAMZI ABADOU

# Mailing Information for a Case 3:21-cv-03309-JD Mullur v. QuantumScape Corporation f/k/a Kensington Capital Aquisition Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,Ashley.Errington@ksfcounsel.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`